## Commonwealth *v.* Townsend, Appellant.

Submitted December 9, 1969. *R. Barclay Surrick,* Assistant Public Defender, for appellant; *Vram Nedurian, Jr.,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Wagner, Appellant.

Submitted December 11, 1969. *Thomas J. Finucane, Jr.,* Assistant Public Defender, and *Blake E. Martin,* Public Defender, for appellant; *David S. Dickey,* Second Assistant District Attorney, and *Jay L. Benedict,* District Attorney, for Commonwealth, appellee.

Order affirmed.